In the Matter of Louis A. Warsoff, Appellant, against S. Howard Cohen and Others, Constituting the Board of Elections of the City of New York, and Morton Singer, Objector, Respondents.— Order dismissing petition affirmed, without costs. The Board of Elections having rejected the petition, the burden was cast on the petitioner to establish that the petition contained the requisite number of valid signatures. (Matter of McDonnell v. Cohen, 252 App. Div. 277; affd., 275 N. Y. 644.) Petitioner offered no such proof and the record is barren of proof that the petition contained a sufficient number of valid signatures to render it effective. Therefore, the Special Term was justified in dismissing the petition, and the order should be affirmed. Hagarty and Johnston, JJ., concur; Lazansky, P. J., concurs in the result. Taylor and Close, JJ., dissent and vote to reverse the order on the law and to remit the matter to Special Term for hearing with the following memorandum: We are of opinion that this record, as matter of law, discloses that the applicant sustained the burden of establishing that his nominating petition contained 750 valid signatures. Therefore, it was error on the part of the learned court at Special Term to grant the motion to dismiss the petition in this proceeding.

In the Matter of the Application of Louise Wiener, William F. McCartin, Helen Zero, James Whittaker, Joseph Kastner, Herman A. Brandt, Samuel Kaplan, Kathleen Walker, Viola G. Cobil, Aggrieved Candidates, Appellants, for an Order Pursuant to Article XIV and Sections 330 and 335 of the Election Law against Gustave C. Joachim and Christian Glimm, Commissioners of Election of Rockland County, Constituting the Board of Elections of Rockland County, and Louis Lewis, Alice Parsons, Willard L. Nash, James Kearsey, Harry Fried and Louise H. Pearson, the Candidates for Party Positions of State Committeemen, Delegates and Alternate Delegates to the State Convention of the American Labor Party, from the Sole Assembly District, Rockland County, Respondents.— Order reversed on the law, without costs, and the application granted on the authority of Matter of Fales v. Meisser (ante, p. 949), decided herewith. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

## August 6, 1942.

In the Matter of the Application of Harry Boyarsky, Appellant, against S. Howard Cohen and Others, Constituting the Board of Elections of the City of New York, for an Order Dismissing the Objections to Designating Petition of Harry Boyarsky Designating Him for the Office of Representative in Congress, 7th Congressional District, County of Kings, on the American Labor Party Ticket, etc., and Harry Schepps, Objector, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Application of Franklin S. Horbelt and Mary MacGregor, Appellants, for an Order Directing the Board of Elections of the City of New York to Place Their Names on the Republican Ballot for the Party Position of State Committee (Male) and State Committee (Female), etc., 18th Assembly District, Kings County, etc. The Board of Elections of the City of New York and Abraham H. Goodman, Respondents. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.